# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**THOMAS C. MILLER**
DEPUTY CHIEF PROBATION OFFICER

June 10, 2011

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Andrea Lewis-Walker, Deputy-In-Charge
U.S. District Court Clerk's Office
Martin Luther King, Jr.
Federal Building and U.S. Courthouse
50 Walnut Street, Room 4015
P.O. Box 419
Newark, New Jersey 07101-0419

RE: **Joseph Mark Booker**
Dkt. No. 00-00069-001
**Request for Reassignment**

Dear Ms. Lewis-Walker:

On April 16, 2001, the above-captioned defendant was sentenced by the John C. Lifland, U.S. District Judge, to 97 months of imprisonment followed by five (3) years of supervised release.

Inasmuch as Joseph Mark Booker has not complied with the conditions of his supervised release, we kindly request that your office have this matter reassigned to a new judge for review. Please forward the enclosed materials to the newly assigned Judge and advise this office of said assignment.

If you have any questions or concerns please contact the undersigned at (973) 645-4513. Thank you in advance for your anticipated cooperation.

Sincerely,

By: Jamel H. Dorsey
U.S. Probation Officer

jhd/
Enclosure(s)

**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

THOMAS C. MILLER
DEPUTY CHIEF PROBATION OFFICER

June 15, 2011

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable John C. Lifland - - Judge Designate
United States District Court Judge
Martin Luther King Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

RE: Booker, Joseph Mark
Dkt. No. 00-00069-001
**Petition for a Summons - Violation of Supervised Release**

Dear Judge Designate:

On April 16, 2001, the Honorable John C. Lifland sentenced the offender to 97 months imprisonment followed by three years of supervised release after pleading guilty to conspiracy to defraud the United States and wire fraud. The following special conditions were also ordered: mental health treatment, financial disclosure, no new debt, employment restrictions, DNA testing, $316,880 restitution, $15,000 fine, and $100 special assessment. On June 27, 2008, Booker began his term of supervised release.

Since the commencement of supervision, the offender has failed to make any payments towards his fine or restitution despite being gainfully employed for eighteen months and collecting unemployment for the past year.

Based on the aforementioned information, we recommend that a violation of supervised release proceedings be initiated. As such, we are petitioning the Court for a warrant. We have attached a Probation Form 12C, *Request for Issuance of a Summons*, for Your Honor's review and signature. If your Honor requests an alternative course of action, please advise. We will make ourselves available should the Court wish to discuss this matter.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer
By: Jamel H. Dorsey
U.S. Probation Officer

/jhd

PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Joseph Mark Booker             **Docket Number:** 00-00069-001
                                                                               **PACTS Number:** 025758

**Name of Sentencing Judicial Officer:** Honorable John C. Lifland, Senior United States District Judge

**Date of Original Sentence:** April 16, 2001

**Original Offense:** Conspiracy to Defraud the United States, 18 U.S.C. § 371
                    Wire Fraud, 18 U.S.C. § 1343

**Original Sentence:** 97 months imprisonment; 3 years supervised release. Special conditions: 1) Financial Disclosure; 2) No New Debt; 3) Employment Restrictions; 4) Mental Health Treatment; 5) DNA Testing; 6) $316,880 restitution and $15,000 fine

**Type of Supervision:** Supervised Release             **Date Supervision Commenced:** 06/27/2008

**Assistant U.S. Attorney:** John Fietkiewicz & Andrew Leven, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Barry E. Schulman Esq. (Retained), 189 Montegue Street, 8th Floor, Brooklyn, New York 11201-3610 (718) 855-8855

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states 'As a condition of supervision, you are instructed to pay restitution in the amount of $316,880 to the U.S. Treasury for distribution to the actual payees; it shall be paid in the following manner: monthly installments of at least $200.' |
| | During the course of supervision, the offender has failed to make any payments towards his restitution despite having previous employment as a sales associate with Home Depot for nearly eighteen months and currently collecting unemployment since April of 2010. |
| 2 | The offender has violated the mandatory supervision condition which states 'As a condition of supervision, you are instructed to pay a fine in the amount of $15,000; it shall be paid in the following manner: no less than equal monthly installments.' |
| | As previously indicated, the offender has failed to make any payments towards his fines despite having the means to pay. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Jamel H. Dorsey
U.S. Probation Officer

Date: 06/15/11

---

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: 7/6/2011 @ 12:30pm
[✓] No Action
[ ] Other

Signature of Judicial Officer

6/24/2011
Date