UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA
v.
JOSEPH MARK BOOKER
aka MARK BOOKER

-----------------------------------------------

ORDER OF APPOINTMENT
Criminal No. 00-69(SRC)

The financial inability of the defendant to retain counsel having been established by the Court, and the Defendant not having waived the appointment of counsel,

It is on this 6th June, 2011,

ORDERED that the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

Stanley R. Chesler, U. S. D. J.