UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

United States of America        :

    vs.                            :

Mark Booker                     :

Crim. No. 00-69 (SRC)

## ORDER

    Defendant having appeared before this Court concerning the charges set forth in the Violation of Supervised Release Petition dated June 15, 2011 (the "Petition"), the Court having appointed counsel to represent him on, and having advised defendant of, said charges, and defendant having entered a plea of not guilty thereto;

    IT IS HEREBY ORDERED that a hearing on the charges contained in the Petition shall be held on 10:00 A.M. on July 21, 2011.

    IT IS FURTHER ORDERED that defendant is released on bail subject to the following conditions: (1) he shall promptly post a $20,000 personal recognizance bond; and (2) he shall adhere to each supervised release condition previously imposed upon him, excepting the obligation to make restitution and fine payments which are held in abeyance pending the outcome of the July 21st hearing.

Dated: 7/11, 2011

Hon. Stanley R. Chesler
United States District Judge