PROB 12C
(7/93)

# United States District Court

for

# District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Joseph Mark Booker      **Docket Number:** 00-00069-001
     **PACTS Number:** 025758

**Name of Sentencing Judicial Officer:** Honorable Stanley R. Chesler, United States District Judge

**Date of Original Sentence:** April 16, 2001
**Violation of Probation:** 11/21/2011

**Original Offense:** Conspiracy to Defraud the United States, 18 U.S.C. § 371
     Wire Fraud, 18 U.S.C. § 1343

**Original Sentence:** 97 months imprisonment; 3 years supervised release. Special conditions: 1) Financial Disclosure; 2) No New Debt; 3) Employment Restrictions; 4) Mental Health Treatment; 5) DNA Testing; 6) $316,880 restitution and $15,000 fine
**Violation Sentence:** 1 day imprisonment; 15 months of supervised release.

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 06/27/2008
     **Date Supervision Recommenced:** 11/22/2011

**Assistant U.S. Attorney:** Andrew Leven, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Lisa Mack, Esq. (AFPD), 1002 Broad Street, Newark, New Jersey 07102 (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states 'As a condition of supervision, you are instructed to pay restitution in the amount of $316,880 to the U.S. Treasury for distribution to the actual payees; it shall be paid in the following manner: monthly installments of at least $200."<br><br>*At the violation hearing on November 21, 2011, the Court ordered the offender pay $6,000 towards restitution by December 21, 2011.<br><br>The offender has failed to pay $6,000 within 30 days of re-sentencing as ordered. |
| 2 | The offender has violated the mandatory supervision condition which states 'As a condition of supervision, you are instructed to pay a fine in the amount of $15,000; it shall be paid in the following manner: no less than equal monthly installments.'<br><br>As previously indicated, the offender has failed to make any payments towards his fine since re-sentencing. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Jamel H. Dorsey
U.S. Probation Officer

Maureen Kelly
2012.01.13 10:07:50 -05'00'

Date: 01/11/12

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✗] The Issuance of a Summons. Date of Hearing: ~~1/30/2012 @ 10:30 a.m.~~
2/8/2012 @ 12:00 P.M.
[ ] No Action
[ ] Other

Signature of Judicial Officer

1/23/2012
Date